| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pillard, Cornelia T. | District of Columbia Circuit | 06/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ✓ Nomination  Date 06/04/2013<br>☐ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 05/16/2013 |

**7. Chambers or Office Address**

Georgetown University Law Center
600 New Jersey Ave, NW
Washington DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors and Executive Committee member | American Arbitration Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Georgetown University -- salary | $172,971.72 |
| 2. 2012 | Georgetown University -- salary | $178,314.78 |
| 3. 2012 | LLM Bar Review -- teaching | $8,000.00 |
| 4. 2012 | Woodrow Wilson International Center for Scholars--Fellowship | $37,500.00 |
| 5. 2013 | Georgetown University -- salary | $11,458.30 |
| 6. 2013 | Woodrow Wilson International Center for Scholars--Fellowship | $47,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Georgetown University--salary |
| 2. 2012 | self-employed writer |
| 3. 2012 | Wells Fargo -- legal consulting |
| 4. Jan. 2012 | University of Chicago, Honorarium $286.72 |
| 5. Feb 2012 | George Washington University, Honorarium $2000 |
| 6. Mar 2012 | Yale University, Honorarium $250 |
| 7. April 2012 | University of Minnesota, Honorarium $2000 |
| 8. April 2012 | Saint Edwards College, Honorarium $5000 |
| 9. Sept 2012 | Case Western Reserve University, Honorarium $3000 |
| 10. 2012 | Open Society Foundation--fellowship |
| 11. 2013 | Georgetown University--salary |
| 12. 2013 | self-employed writer |
| 13. 2013 | Open Society Foundation--fellowship |

| 14. Feb 2013 | William & Mary, Honorarium $1000 |
|---|---|
| 15. Mar 2013 | American Bar Association, Honorarium $1,000 |
| 16. Mar 2013 | The College of the Holy Cross, Honorarium $2,100 |
| 17. April 2013 | St. Jude League, Honorarium $250 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Co. Common Stock | A | Int./Div. | K | T | Exempt | | | | |
| 2. AT&T Inc. Common Stock | B | Int./Div. | K | T | | | | | |
| 3. Alcoa Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 4. American Century Ultra Mutual Fund | A | Int./Div. | K | T | | | | | |
| 5. American Financial Group Preferred Stock | A | Int./Div. | J | T | | | | | |
| 6. Anheuser Busch Bond | A | Int./Div. | | | | | | | |
| 7. Baxter International Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 8. Bellsouth Corp. Bond | A | Int./Div. | J | T | | | | | |
| 9. Blackrock Equity Dividend Mutual Fund | A | Int./Div. | K | T | | | | | |
| 10. Blackrock Inflation Protected Bond Mutual Fund | A | Int./Div. | J | T | | | | | |
| 11. Boeing Co. Common Stock | B | Int./Div. | K | T | | | | | |
| 12. Canadian Oil Sands Ltd Common Stock | B | Int./Div. | K | T | | | | | |
| 13. Caterpillar Inc. Common Stock | A | Int./Div. | K | T | | | | | |
| 14. Cisco Systems Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 15. Coca Cola Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 16. Cohen & Steers Institutional Global Realty Mutual Fund | C | Int./Div. | L | T | | | | | |
| 17. Cohen & Steers Institutional Realty Mutual Fund | D | Int./Div. | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colgate Palmolive Co. Common Stock | B | Int./Div. | K | T | | | | | |
| 19. Comcast Corp Common Stock | A | Int./Div. | J | T | | | | | |
| 20. ConocoPhillips Common Stock | A | Int./Div. | J | T | | | | | |
| 21. Deere & Co. Common Stock | A | Int./Div. | K | T | | | | | |
| 22. Diageo PLC ADR Stock | A | Int./Div. | K | T | | | | | |
| 23. Doubleline Total Return Bond Mutual Fund | A | Int./Div. | K | T | | | | | |
| 24. Du Pont De Nemours & Co. Stock | B | Int./Div. | K | T | | | | | |
| 25. Emerson Electric Bond | A | Int./Div. | J | T | | | | | |
| 26. Fidelity Beacon Municpal Money Market Fund | A | Int./Div. | M | T | | | | | |
| 27. Fidelity Money Market Cash Reserves | A | Int./Div. | L | T | | | | | |
| 28. Fidelity New Markets Income Mutual Fund | A | Int./Div. | J | T | | | | | |
| 29. Fluor Corp. Common Stock | A | Int./Div. | K | T | | | | | |
| 30. Freeport Mcmoran Copper & Gold Common Stock | A | Int./Div. | J | T | | | | | |
| 31. General Electric Common Stock | A | Int./Div. | J | T | | | | | |
| 32. Heinz Co. Common Stock | A | Int./Div. | K | T | | | | | |
| 33. Hershey Foods Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 34. Home Depot Inc. Common Stock | A | Int./Div. | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns D1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 06/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM Common Stock | A | Int./Div. | K | T | | | | | |
| 36. India Index Fund - IFN | C | Int./Div. | K | T | | | | | |
| 37. Ingersoll Rand Common Stock | A | Int./Div. | K | T | | | | | |
| 38. Ishares MSCI Japan Index Fund | A | Int./Div. | | | | | | | |
| 39. Ishares Brazil Index Fund | A | Int./Div. | K | T | | | | | |
| 40. Ishares Dow Jones Select Dividend Index Fund | A | Int./Div. | K | T | | | | | |
| 41. Ishares Natural Resource Index Fund | A | Int./Div. | J | T | | | | | |
| 42. Ishares MSCI EAFE Index Fund | A | Int./Div. | J | T | | | | | |
| 43. Ishares Russell Mid Cap Index Fund | A | Int./Div. | K | T | | | | | |
| 44. Ishares S&P Small Cap Index Fund | A | Int./Div. | J | T | | | | | |
| 45. Janus Mutual Fund | A | Int./Div. | L | T | | | | | |
| 46. Kellogg Co. Common Stock | A | Int./Div. | | | | | | | |
| 47. Manpower Inc. Common Stock | A | Int./Div. | K | T | | | | | |
| 48. Mckesson Corp. Common Stock | A | Int./Div. | L | T | | | | | |
| 49. Mcmoran Bond | A | Int./Div. | | | | | | | |
| 50. Medtronic Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 51. Metzler Payden European Emerging Markets Mutual Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 06/08/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Monsanto Co. Common Stock | A | Int./Div. | K | T | | | | | |
| 53. Motorola Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 54. Australia Bank Bond | B | Int./Div. | K | T | | | | | |
| 55. Pepsico Inc. Common Stock | A | Int./Div. | K | T | | | | | |
| 56. Petrobras International Finance Bond | A | Int./Div. | J | T | | | | | |
| 57. Petro Canada Make Whole Bond | B | Int./Div. | K | T | | | | | |
| 58. Pfizer Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 59. Phillips 66 Common Stock | A | Int./Div. | J | T | | | | | |
| 60. Pimco Corporate Opportunity Mutual Fund | A | Int./Div. | J | T | | | | | |
| 61. Pimco All Asset Insitutional Mutual Fund | C | Int./Div. | L | T | | | | | |
| 62. Powershares Water Resource Portfolio | A | Int./Div. | K | T | | | | | |
| 63. Powershares Wilderhill Clean Energy Portfolio | A | Int./Div. | J | T | | | | | |
| 64. Proctor & Gamble Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 65. Progressive Corp. Ohio Common Stock | A | Int./Div. | J | T | | | | | |
| 66. Roche ADR Stock | A | Int./Div. | K | T | | | | | |
| 67. T Rowe Price New Asia Mutual Fund | B | Int./Div. | K | T | | | | | |
| 68. T Rowe Price Spectrum Income Mutual Fund | C | Int./Div. | L | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 06/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Royce Total Return Mutual Fund | B | Int./Div. | K | T | | | | | |
| 70. Healthcare Select Sector SPDR Index Fund | A | Int./Div. | J | T | | | | | |
| 71. Siemens AG ADR Stock | A | Int./Div. | | | | | | | |
| 72. Southwest Airlines Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 73. SPDR International Gov. Inflation Protected Bond Index Fund | C | Int./Div. | L | T | | | | | |
| 74. Starbucks Corp. Bond | C | Int./Div. | K | T | | | | | |
| 75. Suncor Energy Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 76. Transocean LTD ZUG Namen AKT Stock | A | Int./Div. | J | T | | | | | |
| 77. US Treasury Bond TIPS | B | Int./Div. | | | | | | | |
| 78. UBS Dynamic Alpha Mutual Fund | A | Int./Div. | | | | | | | |
| 79. United Parcel Sevices Inc. Common Stock | A | Int./Div. | J | T | | | | | |
| 80. Volkswagon ADR Stock | B | Int./Div. | K | T | | | | | |
| 81. Waste Management Inc. Common Stock | A | Int./Div. | K | T | | | | | |
| 82. Westpack Banking Bond | B | Int./Div. | K | T | | | | | |
| 83. Xerox Corp. Bond | B | Int./Div. | K | T | | | | | |
| 84. Altegris Managed Futures Strategy Fund | | None | K | T | | | | | |
| 85. Amazon Common Stock | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | O =$500,001 - $1,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Archer Daniels Midland Common Stock | | None | J | T | | | | | |
| 87. Cemex SAB ADR Stock | | None | J | T | | | | | |
| 88. CSX Corp. Common Stock | | None | J | T | | | | | |
| 89. Ishares MSCI Emerging Markets Minimum Vol Index Fund | | None | K | T | | | | | |
| 90. Itron Inc. Common Stock | | None | K | T | | | | | |
| 91. Jacobs Engineering Group Inc. Common Stock | | None | K | T | | | | | |
| 92. Nuvasive Inc. Common Stock | | None | K | T | | | | | |
| 93. Petmed Express Inc. Common Stock | | None | J | T | | | | | |
| 94. Pitney Bowes Bond | | None | J | T | | | | | |
| 95. Trowe Price Science & Technology Mutual Fund | | None | J | T | | | | | |
| 96. Urban Outfitters Common Stock | | None | K | T | | | | | |
| 97. Walt Disney Common Stock | | None | J | T | | | | | |
| 98. Wells Fargo Common Stock | | None | J | T | | | | | |
| 99. Daimler Chrysler AG Stock | | None | | | | | | | |
| 100. Vanguard Windsor II Fund | D | Dividend | N | T | | | | | |
| 101. Vanguard Windsor Fund | E | Dividend | P1 | T | | | | | |
| 102. Fidelity Magellan Fund | D | Int./Div. | N | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 11 of 13

Name of Person Reporting

Pillard, Cornelia T.

Date of Report

06/08/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Fidelity Low Priced Stock | E | Int./Div. | O | T | | | | | |
| 104. IRA-BDA #1 | A | Distribution | K | T | | | | | |
| 105. --Fidelity Canada Fund | | | | | | | | | |
| 106. --Fidelity Diversified International Fund | | | | | | | | | |
| 107. --Fidelity Select technology Fund | | | | | | | | | |
| 108. IRA-BDA #2 | A | Distribution | K | T | | | | | |
| 109. --Fidelity Canada Fund | | | | | | | | | |
| 110. --Fidelity Diversified International Fund | | | | | | | | | |
| 111. --Fidelity Select Technology Fund | | | | | | | | | |
| 112. Suntrust cash accounts | E | Interest | J | T | | | | | |
| 113. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 13 of 13

Name of Person Reporting

Pillard, Cornelia T.

Date of Report

06/08/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cornelia T. Pillard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 175 | 945 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities -- see schedule | 4 | 424 | 515 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -- personal residence | | 336 | 501 |
| Real estate owned -- see schedule | 1 | 120 | 105 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 73 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Saving Plan | | 96 | 573 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 336 | 501 |
| | | | | Net Worth | 5 | 553 | 637 |
| Total Assets | 5 | 890 | 138 | Total liabilities and net worth | 5 | 890 | 138 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |